United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| DANELLA A.[1] | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1059 |
| | § | |
| FRANK BISIGNANO, COMMISSIONER | § | |
| OF SOCIAL SECURITY | § | |
| ADMINISTRATION | § | |

## ORDER

On July 24, 2026, the Commissioner filed a certified electronic copy of the transcript of the administrative proceeding in this case (Dkt. No. 7). *See* Fed. R. Civ. P. Supp. Rs. for Soc. Sec. R. 4(a)–(b). Given the complex nature of Social Security Appeals, the Court finds good cause to extend deadlines as set forth in the Federal Rules of Civil Procedure Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g) and **ENTERS** the following scheduling order. *See* L.R. 16.1; Fed. R. Civ. P. 6(b)(1)(A); Fed. R. Civ. P. Supp. Rs. for Soc. Sec. R. 1(b).

| ACTION | DEADLINE |
|---|---|
| Plaintiff's Brief with Requested Relief <br> *See* Fed. R. Civ. P. Supp. Rs. for Soc. Sec. R. 6. | **Tuesday, September 22, 2026** |
| Commissioner's Brief <br> *See* Fed. R. Civ. P. Supp. Rs. for Soc. Sec. R. 7. | **Monday, November 23, 2026** |
| Plaintiff's Reply Brief <br> *See* Fed. R. Civ. P. Supp. Rs. For Soc. Sec. R. 8. | **Monday, December 21, 2026** |

This scheduling order binds the parties and will only be modified upon a showing of good cause. Fed. R. Civ. P. 6(b). If a party wishes to file a motion for an

---

[1] Pursuant to the May 1, 2018 "Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions" issued by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court uses only Plaintiff's first name and last initial.

extension, they **must** do so at least three business days before the applicable deadline. *See* J. Garcia Marmolejo Civ. Ct. P. 4(A).

It is so **ORDERED**.

**SIGNED** July 31, 2026.

Marina Garcia Marmolejo
United States District Judge